# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1634

_____

James Douglas Weron,          *
                                          *

          Appellant,       *

                                          *   Appeal from the United States

     v.                            *   District Court for the

                                          *   Eastern District of Arkansas.

Timothy C. Outlaw, Warden,    *
FCI - Forrest City,            *   [UNPUBLISHED]

                                          *

          Appellee.       *

_____

Submitted:  September 2, 2011
Filed:  September 8, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Federal inmate James Douglas Weron appeals the district court's[1] order dismissing without prejudice his 28 U.S.C. § 2241 petition for lack of jurisdiction. Following careful review, we affirm for the reasons provided by the district court. <u>See</u> 8th Cir. R. 47B. We also deny Weron's appellate motion.

_____

[1]The Honorable D. Price Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.